UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HEBEBRAND,<br><br>   Petitioner,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Respondents. | No. 2:22-cv-02271-TLN-CKD<br><br>**ORDER** |

   Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On October 19, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

   The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 19, 2023 (ECF No. 36) are ADOPTED IN FULL;
2. The Court GRANTS Respondent's motion to dismiss (ECF No. 17);
3. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DISMISSED;
4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253;
5. The Clerk of Court is directed to close this case.

Date: December 15, 2023

_____
Troy L. Nunley
United States District Judge